THE COCA–COLA COMPANY,
Plaintiff–Appellee,

v.

Michael TARABULA and Michaels–Atlanta, Inc., Defendants–Appellants.

No. 05–1516.

United States Court of Appeals,
Federal Circuit.

April 11, 2006.

Before SCHALL, DYK, and PROST, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

CYGNUS CORPORATION, INC.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5107.

United States Court of Appeals,
Federal Circuit.

April 13, 2006.

Before NEWMAN, LOURIE, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36